September 12, 2013

Dear Sir: Your Honor,

It is a pleasure to write to you. This letter is regarding my son, Chico Sellers. My son is a good son, He never had any problems. He helps his Mom and Dad around the house. Your Honor, he has a daughter he is trying to raise.

I can always depend on my son. He cares for other people and goes to church with his Mom at times. Your Honor, I ask of you as a father, to please give my son a chance. His Mom and daughter need him. I have two of my children in the service. One in the Marine Corps and the other in the Army. Both are making careers in the service. Recently, your Honor, I had a tragedy in the family. I lost a son. All my kids I love very much. I tried to be there for all my kids for all of their problems if they had any. Raising kids is not easy. It is a job for two parents. Chico is one of my kids trying to be independent and close to his mom. Your Honor, if you could take it upon yourself to see him as a young man as being good. He is going to school and trying to accomplish his goals in life. He is a good son and I love him very much. Your Honor, I am up in age. I have been in and out of the VA hospital for my sickness. I have a tumor that's in my head. I would like my son to be there for me. Like I have always been there for him. He is a fine young man. I am very proud of him. I know he is waiting for trail. If you can look into your heart and give him a chance in life. So he can go back to school to be something in life. Your Honor, I am a Vietnam Veteran who served my country with honor. I want to be there for my kids and watch them grow and be independent. So Chico is one of my sons who is trying to take care of his daughter.

I beg you, your Honor, consider this now as I am writing this now, writing this as a father to you to have faithfulness and please give him a second chance. So God bless you and have a good day.

To whom this letter may concern....

I am writing this letter on the behalf of my brother Chico Sellers. He is not the type of man you think he is. My brother is a well respected person who will do what ever for his family. Such as Run Eaen's when he has free time. My brother Always done favor's for me when I needed him. I personally know that my brother Chico Sellers is not a drug dealer nor a menace Society he love's his family as much as we do for him. I know that he might made some bad decision in life. My brother has a daughter that needs him and Ceys at time wondering when will he'll be coming home but when it all balls down to it all he is a good son, father, brother, uncle and Cousin to many of us Even a lovely brother-n-law we all miss him dearly please if you can find it in your heart please i am asking for him to have another chance at life with a family that love him. I am sure he won't make know

bad decision nor bad Choose's in life even if i have to help him find a desent job my brother has really been though a whole lot in the past couple of years we had lost our grandmother, Coucin's, brother and a aunt. i am not trying to make know excuse for my brother but i do care for my brother well being i have lost to much in life and i am not trying to lose him to so please find it in your heart for us and give him another chance i ask what would jesus did.

Love Always
Senseerily yours
Don C. McConnell
Candie Smith

To whom this letter may concern.....
My brother Chico Sellers is a wonderful father when it come's down to his daughter as well as a wonderfull brother, coucin, uncle and brother-n-law to those who love's him deeply but what tops it all he is a wonderful son to our mother who he respects dearly, I know that my brother Chico made some bad choice's but in his heart he is a good person in heart and spieit he will go out his way to do anything for his family but if he was given another chance in life I know for sure he wouldn't think twice about getting in trouble again. I know that he can do better cause he has peomise us all that he will fly striaght once's he is giving another chance at life, so who ever is reading this please find it in your heart just as well as jesus would and give my brother another chance

Thank You

Sencerily
Don Mclonn

09/12/13

Dear, Mr. Honorable George L. Russell III,

My name is Natashay Chico Sellers niece I know he made some mistakes in his life but, he was an over protective uncle I've ever had. When I was growing up he will take me everywhere he went, and I learned something from him, he told me to never let fear destroy your pride. I took that and ran with it that's what made me the person I am now Chico loved all his nieces and nephews, He took care of his Mother, brothers, and sisters. He also loved and took care of his daughter, his daughter Destyne Sellers was his angel he loved her like his very own. So if Chico comes home today or tomorrow I will make sure he stay out of trouble for sure, I'm asking you to let Chico come back to his family and I promise you that he will never end up back in Jail I promise you that. Chico taught me everything I know and its like every since he been gone I been struggling with life itself. Please let him come back home.

Thank you P.S

Honorable George L. Russell III.
United States District


Dear, Mr. George hi my name is Donnetta I am the niece of Chico Sellers and I'm writing this letter to let you know how good of a uncle, farther, son and friend that Chico can be he has a good sence of humor and a great personality he was always real to people and have a loving heart Chico was a very hard working person he loved his family especialy his only loving daughter destiny Sellers he has always love her every where he go he will always have her with him even though Chico only had one child he would always take care of other kids he love kids he will do anything to have his daughter around I loved my uncle he is very playful at sometime when i needed him he was always there to help me out he have always told me to worry about myself and finish school and live my life to the fullest because you only have one life Chico was the type of person that you would think that he is not no trouble person Chico is the type of person that would be there for you if you needed him it didnt matter were he was at he would stop and go see what going on hope fuly he is coming home cause i miss him